

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 02-18-00114-CV

IN THE INTEREST OF L.T. AND
M.T., CHILDREN

----------

FROM THE 235TH DISTRICT COURT OF COOKE COUNTY
TRIAL COURT NO. CV16-00467

----------

## MEMORANDUM OPINION[1]

----------

On April 6, 2018, appellant M.L. filed a notice of appeal from the trial court's March 26, 2018 order granting appellee the Department of Family and Protective Services a partial new trial, retaining the suit on its docket, and setting hearing dates. Because the order did not appear to be a final or otherwise appealable interlocutory order, we notified the parties that we would dismiss the

---

[1]*See* Tex. R. App. P. 47.4.

appeal unless any party responded showing grounds for continuing the appeal. *See* Tex. R. App. P. 42.3, 44.3. M.L., apparently recognizing that we do not have jurisdiction to review the March 26 order, responded that she would seek mandamus relief from the order instead. Because we do not have jurisdiction over the trial court's interlocutory order, which is not immediately appealable, we dismiss M.L.'s attempted appeal. *See* Tex. R. App. P. 42.3, 43.2(f); *In re C.G.*, No. 02-16-00062-CV, 2016 WL 1393386, at *1 (Tex. App.—Fort Worth Apr. 7, 2016, no pet.) (mem. op.).

/s/ Lee Gabriel

LEE GABRIEL
JUSTICE

PANEL:  GABRIEL, KERR, and PITTMAN, JJ.

DELIVERED:  May 24, 2018